**260**

LA SOCIETE NATIONALE POUR LA RECHERCHE, LA PRODUCTION, LE TRANSPORT, LA TRANSFORMATION ET LA COMMERCIALISATION, DES HYDROCARBURES, Plaintiff-Appellee,

v.

SHAHEEN NATURAL RESOURCES COMPANY, INC., Defendant-Appellant.

No. 1147, Docket 83–9078.

United States Court of Appeals, Second Circuit.

Argued May 9, 1984.

Decided May 11, 1984.

Richard deY. Manning, New York City, for defendant-appellant.

Alfred Ferrer III, New York City (Shearman & Sterling, New York City, of counsel), for plaintiff-appellee.

Before FEINBERG, Chief Judge, WINTER, Circuit Judge, and LASKER, District Judge.*

PER CURIAM:

The judgment of the district court is affirmed for the reasons set forth in Judge Duffy's Memorandum & Order of November 23, 1983, reported at 585 F.Supp. 57 (S.D.N.Y.1983).

---

* Honorable Morris E. Lasker, Senior United States District Judge for the Southern District of